ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

**MORENO, et. al.**,

      Plaintiff,

vs.

**RANCHO GRANDE et. al.**,

      Defendants

Case No.: **C09-02015 EMC**

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO MEDIATE & [PROPOSED] ORDER

Parties, through counsel, hereby request as follows:

1. Parties held the initial Case Management Conference on November 4, 2010.

2. At that conference parties made clear their desire to work to resolve the matter through the court's ADR process.

3. Parties were referred to the Court's mediation program.

4. Parties have participated in a pre-mediation phone conference and have set a tentative mediation date of Friday, March 5th, 2010

5. The current date for the completion of mediation is February 1, 2010, and currently parties have a further CMC set for February 3, 2010.

6. Therefore, parties respectfully request that the court both continue the further CMC and extend the deadline to mediate for an additional 60 days so that the parties may complete mediation on March 5th, 2010 prior to the further CMC.

1      **C09-02015 EMC**
REQUEST FOR CONTINUANCE
Moreno, et al v. Rancho Grande, et al

Respectfully submitted:

Dated: 1/28/2010     By:   /s/ Adam Pedersen_____
                           ADAM PEDERSEN
                           Attorney for Plaintiffs

Dated: 1/28/2010     By:   /s/ Kerry Kennedy _____
                           KERRY KENNEDY
                           Attorney for Defendant

_____

[PRO~~POS~~ED] ORDER

Pursuant to Parties' request, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on February 3, 2010 be continued ~~for 60 days~~ until 3/5/10 to 4/21/10 at 2:30 p.m.. It is further ordered that the parties shall have ~~an additional 60 day~~s to complete mediation. An updated joint cmc statement shall be filed by 4/14/10.

Dated: __1/28/10_____          _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen