1  ADAM WANG (BAR NO. 201233)
   ADAM PEDERSEN (BAR NO. 261901)
2  12 South First Street, Suite 708
   SAN JOSE, CA 95113
3  Tel:  (408) 421-3403
   Fax: (408) 351-0261
4
   Attorney for Plaintiffs
5

6                UNITED STATES DISTRICT COURT

7              FOR NORTHERN DISTRICT OF CALIFORNIA

8  **MORENO, et. al.**,              Case No.: **C09-02015 EMC**

9          Plaintiff,                 STIPULATION TO CONTINUE CASE
                                      MANAGEMENT CONFERENCE  AND
10     vs.                            EXTEND TIME TO MEDIATE &
                                      [PROPOSED] ORDER
11 **RANCHO GRANDE et. al.**,

12         Defendants

13
        Parties, through counsel, hereby request as follows:
14
        1.    Parties held the initial Case Management Conference on November 4, 2010.
15
        2.    At that conference parties made clear their desire to work to resolve the matter
16
              through the court's ADR process.
17
        3.    Parties were referred to the Court's mediation program.
18
        4.    Parties have participated in a pre-mediation phone conference and have set a
19
              tentative mediation date of Friday, March 5th, 2010
20
        5.    The current date for the completion of mediation is February 1, 2010, and
21
              currently parties have a further CMC set for February 3, 2010.
22
        6.    Therefore, parties respectfully request that the court both continue the further
23
              CMC and extend the deadline to mediate for an additional 60 days so that the
24
              parties may complete mediation on March 5th, 2010 prior to the further CMC.
25

REQUEST FOR CONTINUANCE
Moreno, et al v. Rancho Grande, et al

1 | Respectfully submitted:

2

3 | Dated: 1/28/2010      By:    /s/ Adam Pedersen_____
                                                 ADAM PEDERSEN
                                                 Attorney for Plaintiffs

Dated: 1/28/2010      By:    /s/ Kerry Kennedy _____
                                                 KERRY KENNEDY
                                                 Attorney for Defendant

_____

[PRO~~POS~~ED] ORDER

Pursuant to Parties' request, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on February 3, 2010 be continued ~~for 60 days~~ to 4/21/10 at 2:30 p.m. It is further ordered that the parties shall have ~~an additional 60 day~~ until 3/5/10 s to complete mediation. An updated joint cmc statement shall be filed by 4/14/10.

Dated: __1/28/10_____        _____

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen