ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORENO, et. al.**,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**RANCHO GRANDE et. al.**,<br><br>　　　　Defendants | Case No.: **C09-02015 EMC**<br><br>STIPULATED NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER<br><br>**DATE:** 4/21/2010<br>**TIME :** 2:30 PM<br>**JUDGE:** Hon. E. Chen |

Parties, through counsel, hereby request as follows:

1.   Parties participated in a Court sponsored mediation session.

2.   At mediation, parties were able to reach an agreement to settle the current dispute between parties.

3.   Parties are in the process of drafting and executing the final written settlement agreement.

4.   Currently, this case is set to go before the Hon. E. Chen for a further CMC on 4/21/2010 at 2:30 PM.

5.   In light of the settlement agreement, parties ask the court for a 30 day continuance of the further case management conference, to wrap up settlement procedures.

　　　　　　　　　　　　　　　　　Respectfully submitted:

Dated: 4/20/2010　　　　　　By:　　/s/ Adam Pedersen_____

1                                              ADAM PEDERSEN
                                             Attorney for Plaintiffs

3  Dated: 4/20/2010            By:    /s/ Kerry Kennedy_____
                                         KERRY KENNEDY
                                         Attorney for Defendant

[PROPOSED] ORDER  *(PROPOSED struck through)*

Pursuant to Parties' request, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled on 4/21/2010 be continued ~~for 30 days~~.  to 5/26/10 at 2:30 p.m.

IT IS SO ORDERED.

Dated: _____4/20/10_____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED, /s/ Judge Edward M. Chen]*