```
ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax:  (408) 416-0248
waqw@sbcglobal.net
```

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVARETTE, ET AL<br><br>Plaintiffs,<br><br>vs.<br><br>RANCHO GRANDE, ET AL<br><br>Defendants | Case No.: 3:09-cv-02015-EMC<br><br>STIPULATION TO DISMISS WITH PREJUDICE & [PROPOSED] ORDER THEREON |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1. Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2. As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement.

1                    3:09-cv-02015-EMC

STIPULATION TO DISMISS
Navarette, et al. v. Rancho Grande, et al.

RESPECTFULLY SUBMITTED,

Dated: May 20, 2010                              By:     /s/ Adam Pedersen

                                                                  ADAM PEDERSEN

                                                                   Attorney for Plaintiffs

Dated: May 20, 2010

                                                                   By:     /s/Kerry Kennedy

                                                                 KERRY KENNEDY

                                                                 Attorney for Defendants

## [PROPOSED] ORDER

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated:  5/21 , 2010

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION TO DISMISS
Navarette, et al. v. Rancho Grande, et al.